AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Gex III, Walter J | 2. Court or Organization  USDC/MSSD | 3. Date of Report  6/16/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Senior District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☒ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  2012 15th St. Suite 572 Gulfport, MS 39501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUL 23 A 11: 09 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J | 05/04/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | United States Courts |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J | 05/04/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. UBS Financial Services, Inc. | Loan | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Parcel 7, Jackson Co., MS 9.1435% of 1/5 interest | | None | K | W | | | | | |
| 2. Parecl 8, Jackson Co., MS 9.1435% of 1/5 interest | | None | K | W | | | | | |
| 3. Paracel 4, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 4. Parcel 5, Hancock Co., MS 33.33 % interest | | None | K | W | | | | | |
| 5. Parcel 6, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 6. Parcel 7, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 7. Parcel 8, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 8. Parcel 9, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 9. Parcel 10, Hancock Co., MS 33.33 % interest | | None | K | W | | | | | |
| 10. Parcel 12, Hancock Co., MS 33.33% interest | A | Rent | K | W | | | | | |
| 11. Parcel 13, Hancock Co., MS 33.33% interest | A | Rent | K | W | | | | | |
| 12. Parcel 14, Hancock Co., MS 33.33% interest | A | Rent | K | W | | | | | |
| 13. Parcel 15, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 14. Parcel 16, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 15. Parcel 17, Hancock Co., MS 25% interest | | None | K | W | | | | | |
| 16. Parcel 18, Hancock Co.,, MS 25% interest | | None | K | W | | | | | |
| 17. Adams Co., MS .29250% mineral interest | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Parcel 1, Forrest Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 19. Parcel 2, Forrest Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 20. Parcel 3, Forrest Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 21. Parcel 4, Forrest Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 22. Parcel 1, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 23. Parcel 2, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 24. Parcel 3, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 25. Parcel 4, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 26. Parcel 5, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 27. Parcel 6, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 28. Parcel 7, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 29. Parcel 1, Greene Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 30. Parcel 2, Greene Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 31. Parcel 3, Greene Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 32. Parcel 4, Greene Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 33. Parcel 1, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 34. Parcel 2, Hancock Co., MS 25% mineral | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J | 05/04/2007 |

## VII. INVESTMEN S and TRUSTS – *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| interest | | | | | | | | | |
| 35. Parcel 3, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 36. Parcel 4, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 37. Parcel 5, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 38. Parcel 6, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 39. Parcel 7, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 40. Parcel 8, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 41. Parcel 9, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 42. Parcel 10, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 43. Parcel 1, Harrison Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 44. Parcel 2, Harrison Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 45. Parcel 1, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 46. Parcel 2, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 47. Parcel 3, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 48. Parcel 4, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 49. Parcel 5, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 50. Parcel 6, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| interest | | | | | | | | | |
| 51. Parcel 7, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 52. Parcel 8, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 53. Parcel 9, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 54. Parcel 10, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 55. Parcel 11, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 56. Parcel 12, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 57. Parcel 13, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 58. Parcel 14, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 59. Parcel 15, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 60. Parcel 16, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 61. Parcel 1, Lamar Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 62. Parcel 2, Lamar Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 63. Parcel 3, Lamar Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 64. Parcel 4, Lamar Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 65. Marion Co., MS 9.1435% mineral interest | A | Rent | J | W | | | | | |
| 66. Parcel 1, Pearl River Co., MS 9.1435% | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (A-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| mineral interest | | | | | | | | | |
| 67. Parcel 2, Pearl River Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 68. Parcel 3, Pearl River Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 69. Parcel 1, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 70. Parcel 2, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 71. Parcel 3, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 72. Parcel 4, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 73. Parcel 5, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 74. Parcel 1, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 75. Parcel 2, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 76. Parcel 3, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 77. Parcel 4, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 78. Parcel 5, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 79. Parcel 6, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 80. Parcel 7, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 81. IRA - UBS (#s 82-85) | | | | | | | | | |
| 82. MCI Worldcom (formerly Skytel) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J | 6/16/2007 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. Longleaf Partners Fund | | None | K | T | | | | | |
| 84. Longleaf Partners Fund | | None | K | T | | | | | |
| 85. Superconductor Technologies | | None | J | T | | | | | |
| 86. Shady Acres Partnership | | None | J | W | | | | | |
| 87. Gulf Coast Partners, LTD | | None | L | W | | | | | |
| 88. Whitney Nat'l Bank, Gulfport, MS | C | Dividend | M | T | | | | | |
| 89. Whitney Nat'l Bank, Gulfport, MS | A | Interest | J | T | | | | | |
| 90. Paul Milam Development, Inc. | D | Dividend | J | W | | | | | |
| 91. Rex Land, Inc. (note) | | None | | | Paid in full | 5/31 | J | A | |
| 92. Rex Land, Inc. | | None | K | W | | | | | |
| 93. Tri-County Hunting & Fishing Club | | None | M | W | | | | | |
| 94. Adam | | None | J | T | | | | | |
| 95. Hancock Bank Holding Co. | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J | 05/04/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J | 6/16/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa                                                                    Date  7/16/07

NOTE: ANY INDIVIDUAL W          Y AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTION          104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gex III, Walter J | 2. Court or Organization<br><br>USDC/MSSD | 3. Date of Report<br><br>05/04/2007 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Senior District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>2012 15th St.<br>Suite 572<br>Gulfport, MS 39501 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY -9 A 9: 41 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J | 05/04/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | United States Courts |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J | 05/04/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UBS Financial Services, Inc. | Loan | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Parcel 7, Jackson Co., MS 9.1435% of 1/5 interest | | None | K | W | | | | | |
| 2. Parecl 8, Jackson Co., MS 9.1435% of 1/5 interest | | None | K | W | | | | | |
| 3. Paracel 4, Hancock Co., MS 33.33% interest | | | K | W | | | | | |
| 4. Parcel 5, Hancock Co., MS 33.33 % interest | | None | K | W | | | | | |
| 5. Parcel 6, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 6. Parcel 7, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 7. Parcel 8, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 8. Parcel 9, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 9. Parcel 10, Hancock Co., MS 33.33 % interest | | None | K | W | | | | | |
| 10. Parcel 12, Hancock Co., MS 33.33% interest | A | Rent | K | W | | | | | |
| 11. Parcel 13, Hancock Co., MS 33.33% interest | A | Rent | K | W | | | | | |
| 12. Parcel 14, Hancock Co., MS 33.33% interest | A | Rent | K | W | | | | | |
| 13. Parcel 15, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 14. Parcel 16, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 15. Parcel 17, Hancock Co., MS 25% interest | | None | K | W | | | | | |
| 16. Parcel 18, Hancock Co.,, MS 25% interest | | None | K | W | | | | | |
| 17. Adams Co., MS .29250% mineral interest | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Parcel 1, Forrest Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 19. Parcel 2, Forrest Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 20. Parcel 3, Forrest Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 21. Parcel 4, Forrest Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 22. Parcel 1, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 23. Parcel 2, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 24. Parcel 3, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 25. Parcel 4, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 26. Parcel 5, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 27. Parcel 6, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 28. Parcel 7, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 29. Parcel 1, Greene Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 30. Parcel 2, Greene Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 31. Parcel 3, Greene Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 32. Parcel 4, Greene Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 33. Parcel 1, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 34. Parcel 2, Hancock Co., MS 25% mineral | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| interest | | | | | | | | | |
| 35. Parcel 3, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 36. Parcel 4, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 37. Parcel 5, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 38. Parcel 6, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 39. Parcel 7, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 40. Parcel 8, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 41. Parcel 9, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 42. Parcel 10, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 43. Parcel 1, Harrison Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 44. Parcel 2, Harrison Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 45. Parcel 1, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 46. Parcel 2, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 47. Parcel 3, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 48. Parcel 4, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 49. Parcel 5, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 50. Parcel 6, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| interest | | | | | | | | | |
| 51. Parcel 7, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 52. Parcel 8, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 53. Parcel 9, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 54. Parcel 10, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 55. Parcel 11, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 56. Parcel 12, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 57. Parcel 13, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 58. Parcel 14, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 59. Parcel 15, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 60. Parcel 16, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 61. Parcel 1, Lamar Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 62. Parcel 2, Lamar Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 63. Parcel 3, Lamar Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 64. Parcel 4, Lamar Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 65. Marion Co., MS 9.1435% mineral interest | A | Rent | J | W | | | | | |
| 66. Parcel 1, Pearl River Co., MS 9.1435% | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|    mineral interest | | | | | | | | | |
| 67. Parcel 2, Pearl River Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 68. Parcel 3, Pearl River Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 69. Parcel 1, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 70. Parcel 2, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 71. Parcel 3, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 72. Parcel 4, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 73. Parcel 5, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 74. Parcel 1, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 75. Parcel 2, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 76. Parcel 3, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 77. Parcel 4, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 78. Parcel 5, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 79. Parcel 6, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 80. Parcel 7, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 81. IRA - UBS (#s 82-85) | | | | | | | | | |
| 82. MCI Worldcom (formerly Skytel) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 83. Longleaf Partners Fund | | None | K | T | | | | | |
| 84. Longleaf Partners Fund | | None | K | T | | | | | |
| 85. Superconductor Technologies | | None | J | T | | | | | |
| 86. Shady Acres Partnership | | None | J | W | | | | | |
| 87. Gulf Coast Partners, LTD | | None | L | W | | | | | |
| 88. Whitney Nat'l Bank, Gulfport, MS | C | Dividend | M | T | | | | | |
| 89. Whitney Nat'l Bank, Gulfport, MS | A | Interest | J | T | | | | | |
| 90. Paul Milam Development, Inc. | D | Dividend | J | W | | | | | |
| 91. Rex Land, Inc. (note) | | None | J | W | Paid in full | 5/31 | J | A | |
| 92. Rex Land, Inc. | | None | K | W | | | | | |
| 93. Tri-County Hunting & Fishing Club | | None | M | W | | | | | |
| 94. Adam | | None | J | T | | | | | |
| 95. Hancock Bank Holding Co. | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J | 05/04/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J | 05/04/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████                    Date 5/4/07

NOTE: ANY ██████████ WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544